IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| WILLIAM SAMUEL THOMA, SR. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Civil Action No. 13-1682 |
| | ) | Judge Nora Barry Fischer |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | ) | Chief Magistrate Judge Maureen Kelly |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this day of 7th day of January, 2015, after the Plaintiff, filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge (Docket No. [16]) granting the parties until December 19, 2014, to file written objections thereto, and upon consideration of the objections filed by Plaintiff (Docket No. [17]), to which no response has been timely submitted by the Defendant, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, (Docket No. [16]), which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that Plaintiff's Objections [17] are OVERRULED as the his objections were presented to the U.S. Magistrate Judge in his initial Brief in Support of his Motion for Summary Judgment (Docket No. [13]) and fully addressed in the Report and Recommendation which this Court adopts as its opinion on the matter,

IT IS FURTHER ORDERED that Defendant Carolyn W. Colvin, Acting Commissioner of Social Security's Motion for Summary Judgment (Docket No. [14]) is GRANTED, Plaintiff William Samuel Thoma Sr.'s Motion for Summary Judgment (Docket No.

[12]) is DENIED, and the decision of the Commissioner of Social Security is AFFIRMED, pursuant to the fourth sentence of 42 U.S.C. § 405(g).

An appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
U.S. District Judge


Cc/ecf: All counsel of record.

Honorable Maureen P. Kelly
Chief United States Magistrate Judge